## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## THOMASVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CRIMINAL NO. 6:05-CR-18 (HL) |
| **v.** | : |
| | : |
| **TERRI CLEMENTS WILLIAMSON,** | : |
| aka **TERRI CLEMENTS,** and | : |
| **CHRISTY JOHNSON** | : |
| | : |

## O R D E R

Upon the motion of the Government, and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the November term of court to the next term of court. In support of this order, the Court specifically finds:

(1)

The Defendants are the subjects of a Multi count indictment. Count one charges possession with the intent to distribute more than 50 grams of methamphetamine.

(2)

Defense counsel for both defendants have indicated that they need additional time to review discovery with their clients who have only recently been arraigned. Additionally, there are other evidentiary issues the Government will pursue in an effort to resolve this case.

(3)

Counsel for both defendants join in this motion for continuance.

WHEREFORE, it is ordered that the case be continued from the November term to the next available term. It is further ordered that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 of the Speedy Trial Act.

SO ORDERED, this 20th day of October, 2005.

s/   **Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/MICHAEL K. DENNARD
BAR NO. 217757
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1702
MACON, GEORGIA 31202
Telephone: (478) 752-3511
Fax: (478) 621-2655